# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1049                                                September Term, 2014

NLRB-09CA110508

Filed On: October 7, 2014 [1515768]

UC Health,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1193

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                BY:    /s/
                                                     Ken R. Meadows
                                                   Deputy Clerk